IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:25-cv-7491 |
| | : | |
| ELISEO JOJO PRISNO and P/E CAPITAL INVESTMENT MANAGEMENT PARTNERS, | : | Hon. Jorge L. Alonso |
| | : | |
| Defendants. | : | |
| | : | |

**AGREED MOTION FOR ENTRY OF JUDGMENT AGAINST
DEFENDANT P/E CAPITAL INVESTMENT MANAGEMENT PARTNERS**

Plaintiff United States Securities and Exchange Commission, with the consent of defendant P/E Capital Investment Management Partners ("P/E Capital"), moves for the entry of a consent judgment. The SEC has submitted the proposed judgment to the Court by email, and has also attached it as Exhibit 1 hereto. The SEC has also attached P/E Capital's consent, in which it agrees to the terms of the proposed judgment, as Exhibit 2 to this motion. The SEC further states:

1. The proposed judgment eliminates the need to litigate the merits of the claims asserted against P/E Capital. It also permanently enjoins it from the misconduct alleged in the SEC's complaint.

2.     The proposed judgment further provides that the monetary relief sought by the SEC against P/E Capital shall be resolved by the Court at a later date, by way of an SEC motion.

3.     This type of partial settlement, a regular form of resolution in SEC enforcement actions, is often referred to as a "bifurcated" settlement. *See, e.g., SEC v. Williky*, 942 F.3d 389 (7th Cir. 2019); *SEC v. Zenergy Int'l, Inc.*, 2016 U.S. Dist. LEXIS 127630 (N.D. Ill. Sept. 20, 2016).

WHEREFORE, plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its motion, enter the proposed judgment attached as Exhibit 1 hereto, and grant such additional relief as the Court deems just and appropriate.

Dated: March 25, 2026

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

 /s/ Jonathan S. Polish
Jonathan Polish, IL Bar No. 6237890
Alyssa Qualls IL Bar No. 6292124
Daniel Griffin, IL Bar No. 6289624
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)
QuallsA@sec.gov
PolishJ@sec.gov
GriffinD@sec.gov
LewisB@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*

2