**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ELISEO JOJO PRISNO and P/E CAPITAL INVESTMENT MANAGEMENT PARTNERS,**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-7491**<br><br>**Hon. Jorge L. Alonso** |

**PLAINTIFF SEC'S MOTION FOR REMEDIES**
**AND FINAL JUDGMENTS AGAINST DEFENDANTS**

Plaintiff United States Securities and Exchange Commission ("SEC"), pursuant to the agreed framework for determining financial remedies previously entered by the Court (Dkts 40, § III; 43, § II), respectfully moves this Court to impose remedies as to Defendants Eliseo "JoJo" Prisno ("Prisno") and P/E Capital Investment Management Partners ("P/E Capital"), including disgorgement, prejudgment interest, civil penalties, and an order permanently barring Prisno from acting as or being associated with any broker, dealer, or investment adviser. In support of its Motion, the SEC has filed contemporaneously herewith a supporting Memorandum of Law. The SEC has attached as **Exhibit 1 and Exhibit 2** thereto proposed Final Judgments as to Prisno and P/E Capital, respectively.

In further support of its Motion, the SEC has submitted the Declaration of SEC senior financial economist Steve Rapkin as **Exhibit 3** to its Memorandum of Law, in which Mr. Rapkin sets forth his calculations supporting the SEC's requests for disgorgement and

prejudgment interest.

WHEREFORE, plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion, enter Final Judgments as to Defendants Eliseo "JoJo" Prisno and P/E Capital Investment Management Partners substantially in the form proposed by the SEC, and grant such other and further relief as the Court deems just and appropriate.

Dated: September 30, 2026

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

/s/ Alyssa Qualls
Alyssa Qualls IL Bar No. 6292124
Jonathan Polish, IL Bar No. 6237890
Daniel Griffin, IL Bar No. 6289624
Bradley Lewis, IL Bar No. 6297027
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)
QuallsA@sec.gov
PolishJ@sec.gov
GriffinD@sec.gov
LewisB@sec.gov

*Attorneys for Plaintiff United States Securities and Exchange Commission*